THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* THOMAS J. RYAN, Appellant.

*Crimes — bigamy — judgment convicting defendant of crime of bigamy affirmed.*

People v. Ryan, 207 App. Div. 861, affirmed.

(Submitted April 3, 1924; decided May 13, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 16, 1923, which affirmed a judgment of the Queens County Court rendered upon a verdict convicting the defendant of the crime of bigamy.

*Rufus Lewis Perry* for appellant.

*Richard S. Newcombe,* District Attorney (*Charles W. Froessel* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.